**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Clint L. Spurgin<br><br>Defendant. | Case # 2:25-mj-00588-NJK<br><br>**DESIGNATION OF RETAINED COUNSEL AND APPEARANCE PRAECIPE** |

The undersigned defendant hereby appoints Joshua Tomsheck, Esq. to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: 10/15/2025

Defendant's signature

APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: 10/15/2025

#9210
Attorney's signature

Hofland & Tomsheck
Attorney's address
228 S. Fourth Street, First Floor
Las Vegas, NV 89101
(702) 895-6760
Attorney's phone number