# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

## IMPOSITION OF FINE, SPECIAL ASSESSMENT, and/or PROCESSING FEE

DEFENDANT: Clint L. Spurgin CASE # 2:25-mj-588-NJK

DATE IMPOSED: 1/28/2026

☒ You have been sentenced to pay a fine by the United States District Court.
☒ A special assessment has been imposed in accordance with the Federal Victims Crime Act of 1984 (18 U.S.C. §3013).
☐ A processing fee has been imposed in accordance with the Consolidated Appropriations Act, 2005.

**The amount you owe is as follows:**

Citation/Count # 1
☐ is DISMISSED. Fine Imposed: $ 800.00
Assessment: $ 10.00
Processing Fee: $ ——

Citation/Count # 2
☒ is DISMISSED. Fine Imposed: $____
Assessment: $____
Processing Fee: $____

Citation/Count # 3
☒ is DISMISSED. Fine Imposed: $____
Assessment: $____
Processing Fee: $____

Citation/Count # 4
☒ is DISMISSED. Fine Imposed: $____
Assessment: $____
Processing Fee: $____

Citation/Count # ____
☐ is DISMISSED. Fine Imposed: $____
Assessment: $____
Processing Fee: $____

Citation/Count # ____
☐ is DISMISSED. Fine Imposed: $____
Assessment: $____
Processing Fee: $____

**TOTAL AMOUNT YOU OWE $** 810.00 **BALANCE YOU OWE (less Cash Bail) $** ____

☐ The entire amount listed above is due immediately.

☐ Cash bail in the amount of $______ previously posted **may** apply toward the fine. **Please obtain a Bail Release form from the clerk to accomplish this.**

☒ The Court has authorized a payment schedule for the total amount you owe or any balance due (less cash bail as noted above) as follows:
$ 810.00 due by/within 8/27/2026 ☐ ~~days / ☐ months~~; and/or on the __ day of each month until paid in full.

☐ A **STATUS HEARING** is set for ____________ at ______ a.m./p.m.
The hearing will be vacated if the fine is paid in full.

FILED / RECEIVED / ENTERED / SERVED ON / COUNSEL/PARTIES OF RECORD
JAN 28 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ____________ DEPUTY

**SPECIAL NOTE:** Until the fine is paid in full, you are required to notify the United States Attorney of any change in your mailing address or residence address not later than 30 days after the change occurs.

**Payment will be made to:**

☐ Central Violations Bureau, P. O. Box 780549, San Antonio, TX 78278 (Phone #1-800-827-2982)
Check; money order; or major credit cards accepted online. **www.cvb.uscourts.gov**

☒ Clerk, U. S. District Court, 333 Las Vegas Blvd. South, Rm. 1334, Las Vegas, NV 89101
Phone # 702-464-5405; Office hours: 9:00 a.m. to 4:00 p.m., Monday through Friday, except holidays.
Check or money order by mail. Please include your citation/case number. Payments online or by phone are not accepted. **Exact cash or credit card accepted in person only.**

☐ Take this form to the Clerk's Office, Room 1334 (1st floor of this building), immediately following this hearing to make your first or total payment. (**Exact cash only;** check; or major credit card accepted in person.)

**IT IS SO ORDERED by:**

____ Hon. DANIEL J. ALBREGTS, Courtroom #3A
✓ Hon. NANCY J. KOPPE, Courtroom #3C
____ Hon. MAXIMILIANO D. COUVILLIER, III, Courtroom #______
____ Hon. ____________, Courtroom #______
____ Hon. BRENDA WEKSLER, Courtroom #3B
____ Hon. ELAYNA J. YOUCHAH, Courtroom #3D